STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant WHITMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EUGENE WHITMORE,<br><br>    Defendant. | No. CR 13-70505 JCS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING DETENTION**<br>**HEARING**<br><br>Date: May 9, 2013<br>Time: 9:30 a.m.<br>Court: The Honorable Joseph C. Spero |

1. A bail hearing is set in the aforementioned matter on Thursday, May 9, 2013 at 9:30 a.m.;

2. The government and defense counsel have spoken about the possibility of a pre-indictment resolution. The government has expressed to defense counsel that part of any pre-indictment resolution in this specific case and under its specific facts and circumstances is contingent upon Mr. Whitmore waiving detention. Further, the government has expressed to defense counsel that it is unclear as to whether Mr. Whitmore may have a "state hold" due to his pending drug offense for which he is presently awaiting sentencing.

3. Discovery was received yesterday afternoon. Although discovery is only 42 pages

|   |   |   |
|---|---|---|
| 1 |  | long, the reports indicate two separate searches and seizures of Mr. Whitmore that |
| 2 |  | defense counsel needs a reasonable amount of time to research in order to 1) |
| 3 |  | review the applicable law associated with these searches and seizures, 2) meet |
| 4 |  | with Mr. Whitmore over the weekend to review his options, the offer, the |
| 5 |  | applicable law, and the discovery, and 3) make a counteroffer to the government, |
| 6 |  | if appropriate; |
| 7 | 4. | Defense counsel hereby represents that she is furloughed Friday, May 10, 2013 |
| 8 |  | due to the fact that she is on duty May 13, 2013 and must cover the calendar |
| 9 |  | during the Federal Public Defender's published furlough day for the applicable |
| 10 |  | pay period.  Accordingly, she is unavailable for a detention hearing on Friday, |
| 11 |  | May 10, 2013; |
| 12 | 5. | Given the aforementioned issues, defense counsel moves for an extension of time |
| 13 |  | for the detention hearing in the instant case.  Because the requested continuance is |
| 14 |  | within the 5 day period of time permitted under 18 U.S.C. § 3142(f), no finding of |
| 15 |  | good cause need be shown; regardless, defense counsel submits that given the |
| 16 |  | circumstances, she has demonstrated good cause to continue the detention |
| 17 |  | hearing; |
| 18 | 6. | Assistant United States Attorney Natalie Lee has no objection to continuing the |
| 19 |  | detention hearing to May 13, 2013, as evidenced by her signature at the |
| 20 |  | conclusion of this stipulation; |
| 21 | 7. | Accordingly, the parties agree to continue the detention hearing in the above- |
| 22 |  | captioned matter from May 09, 2013 until May 13, 2013 at 9:30 a.m; |
| 23 | 8. | Defense counsel further represents that she has advised Pretrial Services about her |
| 24 |  | request for a continuance of the detention hearing, as Pretrial Services had agreed |
| 25 |  | to expedite the pre-bail report as a courtesy to the defendant at the initial |
| 26 |  | appearance. |

IT IS SO STIPULATED.

Dated: May 8, 2013

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: May 8, 2013

_____/S/_____
NATALIE LEE
ASSISTANT UNITED STATES ATTORNEY

### [~~PROPOSED~~] ORDER

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the detention hearing in this matter be continued to May 13, 2013 at 9:30 a.m.

**IT IS SO ORDERED**.

DATED: 5/9/13

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE