1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   NATALIE LEE (CABN 277362)
    Assistant United States Attorney
5
        450 Golden Gate Avenue
6       Eleventh Floor
        San Francisco, CA 94102
7       Telephone: (415) 436-7301
        Fax: (415) 436-6753
8       E-Mail: natalie.lee2@usdoj.gov

9
    Attorneys for the United States of America
10

11                      UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                         SAN FRANCISCO DIVISION
14

15  UNITED STATES OF AMERICA,          )   No. CR 13-mj-70505 MAG
                                        )
16      v.                              )
                                        )
17  EUGENE WHITMORE,                    )   **STIPULATION AND [PROPOSED]**
                                        )   **ORDER EXTENDING TIME LIMITS OF**
18      Defendant.                      )   **RULE 5.1(c) AND EXCLUDING TIME**
                                        )
19                                      )
    _____ )
20

21          On May 7, 2013, the parties in this case appeared before the Court for an initial

22  appearance on a Complaint.  The parties submitted a Stipulation and Proposed Order Extending

23  the Time Limits of Rule 5.1(c) and Excluding Time until May 30, 2013, and the Court granted

24  that request.  The parties then submitted a second Stipulation and Proposed Order Extending the

25  Time Limits of Rule 5.1(c) and Excluding Time until June 14, 2013, and the Court granted that

26  request.  The parties now submit a third Stipulation and Proposed Order Extending the Time

27  Limits of Rule 5.1(c) and Excluding Time until June 26, 2013.

28          Pursuant to Rule 5.1(d), the defendant consents to this extension of time and waiver, and

1  the parties represent that good cause exists for the extension, including the effective preparation

2  of counsel.  The requested continuance is needed to allow counsel sufficient time to review

3  discovery that the government has provided and to research case law related to the charges

4  against the defendant, and the failure to grant the continuance requested would unreasonably

5  deny counsel the reasonable time necessary for effective preparation, taking into account the

6  exercise of due diligence.  Therefore, the parties agree that the Court shall order that the Speedy

7  Trial clock shall be tolled for the reasons stated above from June 14, 2013 to June 26, 2013, and

8  that the arraignment/ preliminary hearing be continued until June 26, 2013.  18 U.S.C. §

9  3161(h)(7)(A) and (B)(iv).

10  SO STIPULATED:

11
12                                          MELINDA HAAG
                                            United States Attorney
13

14  DATED: June 7, 2013                     _____
                                                      /S/
15                                          NATALIE LEE
                                            Assistant United States Attorney
16

17  DATED: June 7, 2013                     _____
                                                      /S/
18                                          ELIZABETH FALK
                                            Attorney for Eugene Whitmore
19

20                                  [PROPOSED] ORDER

21      For the reasons stated above, the Court finds that the extension of time limits applicable

22  under Federal Rule of Criminal Procedure 5.1(c) from June 14, 2013 through June 26, 2013 is

23  warranted and that a continuance of the defendant's arraignment / preliminary hearing to June 26,

24  2013 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. §

25  3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the

26  interests of the public and the defendant in the prompt disposition of this criminal case; and that

27  the failure to grant the requested exclusion of time would deny counsel for the defendant and for

28  the government the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

    IT IS SO ORDERED.

DATED: June 11, 2013

_____
THE HONORABLE LAUREL BEELER
United States Magistrate Judge