1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  NATALIE LEE (CABN 277362)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      Eleventh Floor
       San Francisco, CA 94102
7      Telephone: (415) 436-7301
       Fax: (415) 436-6753
8      E-Mail: natalie.lee2@usdoj.gov

9
   Attorneys for the United States of America
10

11                    UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA
13                      SAN FRANCISCO DIVISION
14

15 UNITED STATES OF AMERICA,          )   No. CR 13-mj-70505 LB
                                       )
16      v.                             )
                                       )   STIPULATION AND [~~PROPOSED~~]
17 EUGENE WHITMORE,                    )   ORDER EXTENDING TIME LIMITS OF
                                       )   RULE 5.1(c) AND EXCLUDING TIME
18      Defendant.                     )
                                       )
19 _____    )

20

21      On May 7, 2013, the parties in this case appeared before the Court for an initial

22 appearance on a Complaint.  The parties submitted a Stipulation and Proposed Order Extending

23 the Time Limits of Rule 5.1(c) and Excluding Time until May 30, 2013, and the Court granted

24 that request.  The parties then submitted a second Stipulation and Proposed Order Extending the

25 Time Limits of Rule 5.1(c) and Excluding Time until June 14, 2013, and the Court granted that

26 request.  The parties submitted a third Stipulation and Proposed Order Extending the Time

27 Limits of Rule 5.1(c) and Excluding Time until June 26, 2013, and the Court granted that

28 request.  The parties now submit this final Stipulation and Proposed Order Extending the Time

1   Limits of Rule 5.1(c) and Excluding Time until July 11, 2013.

2       Pursuant to Rule 5.1(d), the defendant consents to this extension of time and waiver, and

3   the parties represent that good cause exists for the extension, including the effective preparation

4   of counsel.  The requested continuance is needed to allow counsel sufficient time to review

5   discovery that the government has provided and to research case law related to the charges

6   against the defendant, and the failure to grant the continuance requested would unreasonably

7   deny counsel the reasonable time necessary for effective preparation, taking into account the

8   exercise of due diligence.  Therefore, the parties agree that the Court shall order that the Speedy

9   Trial clock shall be tolled for the reasons stated above from June 26, 2013 to July 11, 2013, and

10  that the arraignment/ preliminary hearing be continued until July 11, 2013.  18 U.S.C. §

11  3161(h)(7)(A) and (B)(iv).

12  SO STIPULATED:

13

14                                          MELINDA HAAG
                                            United States Attorney
15

16  DATED: June _24_, 2013          _____/S/_____
                                            NATALIE LEE
17                                          Assistant United States Attorney

18  DATED: June _24_, 2013          _____/S/_____
                                            NATALIE LEE
19                                          ELIZABETH FALK
                                            Attorney for Eugene Whitmore
20

21                          [~~PROPOSED~~] ORDER

22      For the reasons stated above, the Court finds that the extension of time limits applicable

23  under Federal Rule of Criminal Procedure 5.1(c) from June 26, 2013 through July 11, 2013 is

24  warranted and that a continuance of the defendant's arraignment / preliminary hearing to July 11,

25  2013 is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C. §

26  3161 is warranted; that the ends of justice served by the continuance under Rule 5.1 outweigh the

27  interests of the public and the defendant in the prompt disposition of this criminal case; and that

28  the failure to grant the requested exclusion of time would deny counsel for the defendant and for

the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: June 26, 2013

THE HONORABLE LAUREL BEELER
United States Magistrate Judge