STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant WHITMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-443 JST |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING SENTENCING** |
| v. | ) | |
| | ) | Date:   October 11, 2013 |
| EUGENE WHITMORE, | ) | Time:   9:30 a.m. |
| | ) | Court:  The Honorable Jon S. Tigar |
| Defendant. | ) | |
| | ) | |

1.    Sentencing in this matter is scheduled for October 11, 2013 at 9:30 a.m.;

2.    Defense counsel will be out of town on October 11, 2013, and requests a continuance of the sentencing to October 18, 2013 at the Oakland venue;

3.    Assistant United States Attorney Natalie Lee has no objection to continuing the sentencing hearing to October 18, 2013, as evidenced by her signature at the conclusion of this stipulation;

6.    United States Probation Officer Patrick McFate has been contacted by defense counsel, and has no objection to continuing the sentencing hearing to October 18, 2013 at 9:30 a.m. in Oakland.

//

1    IT IS SO STIPULATED.

2    Dated: September 27, 2013

3                                        _____/S/_____
                                         ELIZABETH M. FALK
4                                        ASSISTANT FEDERAL PUBLIC DEFENDER

5

6
     Dated:  September 27, 2013          _____/S/_____
7                                        NATALIE LEE
                                         ASSISTANT UNITED STATES ATTORNEY
8

9                                        **[PROPOSED]** ORDER

10           Based upon the aforementioned representations of the parties, it is hereby ORDERED

11   that the sentencing hearing in this matter is continued to October 18, 2013 at 9:30 a.m. at the

12   Oakland courthouse.

13

14   **IT IS SO ORDERED**.

15

16   DATED:  __September 30, 2013_____      _____
                                            THE HONORABLE JON S. TIGAR
17                                          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

     13-443 JST; Stipulation to Continue        2