STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant WHITMORE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 13-443 JST |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING SENTENCING** |
| v. | ) | |
| | ) | Date:  October 18, 2013 |
| EUGENE WHITMORE, | ) | Time:  9:30 a.m. |
| | ) | Court: The Honorable Jon S. Tigar |
| Defendant. | ) | |
| | ) | |

1. Sentencing in this matter is scheduled for October 18, 2013 at 9:30 a.m.;

2. All counsel received a copy of the final presentence report in the case on October 4. Upon reviewing the report on October 7, 2013, defense counsel has determined that she will need to consult with family members in more depth to address some of the PSR's conclusions about Mr. Whitmore. Accordingly, defense counsel plans to seek out and obtain information (and present said information to the Court) from Mr. Whitmore's mother, father, grandmother, uncle, and half brother regarding Mr. Whitmore's upbringing, background, and the circumstances that preceded the instant offense. She needs two additional weeks to accomplish these ends;

3. Assistant United States Attorney Natalie Lee has no objection to continuing the sentencing hearing to November 1, 2013, as evidenced by her signature at the conclusion of this stipulation;

4. United States Probation Officer Patrick McFate has been contacted by defense counsel, and has no objection to continuing the sentencing hearing to November 1, 2013 at 9:30 a.m.

IT IS SO STIPULATED.

Dated: October 8, 2013

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER

Dated: October 8, 2013    _____/S/_____
NATALIE LEE
ASSISTANT UNITED STATES ATTORNEY

**[PROPOSED] ORDER**

Based upon the aforementioned representations of the parties, it is hereby ORDERED that the sentencing hearing in this matter is continued to November 1, 2013 at 9:30 a.m.

**IT IS SO ORDERED**.

DATED:  October 9, 2013        _____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE