STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant WHITMORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 13-443 JST |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO |
| ) | CONTINUE SUPERVISED RELEASE |
| v. ) | REVOCATION HEARING |
| ) | |
| EUGENE WHITMORE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the supervised release revocation hearing currently scheduled for Friday, December 16, 2016, before the Honorable Jon S. Tigar, be rescheduled for January 27, 2017 at 9:30 a.m.  Neither defense counsel nor the probation officer is available on December 16, 2016; further, Mr. Whitmore is being supervised in the Central District and is continuing drug testing with regular meetings with his Probation Officer there as directed. The Probation Officer, J.D. Woods, has been contacted by defense counsel in connection with this stipulation, and he is in agreement with the request for a continuance.

    IT IS SO STIPULATED:

DATED: December 14, 2016                    /s/
                                                             ELIZABETH FALK
                                                             Attorney for Defendant Eugene Whitmore

DATED: December 14, 2016                                /s/
                                        _____
                                        WAQAR HASIB
                                        Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: December 14, 2016

IT IS SO ORDERED

Judge Jon S. Tigar